UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

ECLIPSE SERVICE INC.,

        Plaintiff,

v.                                                      Case No. 22-CV-757

SOLARCODE, LLC,
SOLARCODE HOLDINGS, LLC,
ROGER M. LEHNER, and
ROBIN L. LEHNER,

        Defendants.

---

## JOINT INTERIM SETTLEMENT REPORT

---

        In accordance with the Court's Amended Trial Scheduling Order (ECF No. 14), the parties, by their respective counsel, provide the following Interim Settlement Report summarizing the progress made regarding settlement in this matter.

        The parties, through their respective counsel, have begun settlement communications. Defendants Solarcode LLC, Solarcode Holdings LLP, and Roger M. Lehner made an Offer of Judgment dated January 27, 2023. That offer has lapsed. Plaintiff made a settlement demand to Defendants on March 15, 2023. Defendants are currently evaluating the settlement demand and will respond once they have had an opportunity to do so. The parties will immediately notify the Court if a settlement is reached.

Respectfully submitted this 28th day of March, 2023.

By: *s/ John R. Schreiber*
Gregory W. Lyons
John R. Schreiber
Christa D. Wittenberg
Attorneys for Eclipse Service Inc.
O'Neil, Cannon, Hollman, DeJong & Laing S.C.
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
Phone: 414.276.5000
Fax: 414.276.6581
greg.lyons@wilaw.com
john.schreiber@wilaw.com
christa.wittenberg@wilaw.com


By: *s/ Ketajh Brown*
Ketajh Brown
Attorneys for Defendants Solarcode LLC,
Solarcode Holdings LLP, and Roger M. Lehner
K&L Gates LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Phone: 312.372.1121
ketajh.brown@klgates.com